FILED

06/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0490

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0490

GRIZ ONE FIREFIGHTING,

      Plaintiff and Appellant,

    v.

STATE OF MONTANA, DEPARTMENT OF
LABOR AND INDUSTRY, EMPLOYMENT
RELATIONS DIVISION AND MATTHEW
SEAN WEST,

      Defendants and Appellees.

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee Department of Labor and Industry, Employment Relation Division's response brief filed electronically on June 9, 2020, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 12(1)(i) requires an appendix to include its own table of contents. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee Department of Labor and Industry, Employment Relation Division shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellee Department of Labor and Industry, Employment Relation Division shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee Department of Labor and Industry, Employment Relation Division and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
June 12 2020